IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **13-cv-136-AP**

**PEGGY S. LOPEZ,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff's Motion to File Opening Brief Out of Time (doc. #19), filed June 11, 2013, is **GRANTED**. The Opening Brief (doc. #20) is accepted as timely filed.

Dated: June 11, 2013